**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6589**

GARY DEBENEDETTO,

              Petitioner - Appellant,

         v.

WARDEN S. KALLIS,

              Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-hc-02267-D)

Submitted:  January 20, 2021                       Decided:  February 2, 2021

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Debenedetto, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Debenedetto appeals the district court's order dismissing his 28 U.S.C. § 2241 petition.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Debenedetto v. Kallis*, No. 5:19-hc-02267-D (E.D.N.C. Apr. 13, 2020). We deny Debenedetto's motion for summary disposition and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed Debenedetto's petition without prejudice, we conclude that the district court's order is appealable. *See Bing v. Brivo Sys., LLC*, 959 F.3d 605, 611 (4th Cir. 2020), *petition for cert. filed*, No. 20-759 (U.S. Dec. 2, 2020).